IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Eberhardt, Martinia

Printed: 3/25/08

Case Number: 06 B 08703
Judge: Hollis, Pamela S
Filed: 7/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: February 21, 2008
Confirmed: December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 92,325.09 |  |
| Secured: |  | 44,516.81 |
| Unsecured: |  | 6,482.93 |
| Priority: |  | 333.93 |
| Administrative: |  | 76.00 |
| Trustee Fee: |  | 2,766.63 |
| Other Funds: |  | 38,148.79 |
| Totals: | 92,325.09 | 92,325.09 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 76.00 | 76.00 |
| 2. | Ameriquest Mortgage Company | Secured | 31,030.44 | 31,030.44 |
| 3. | 607 Buckingham Condo Assn. | Secured | 6,464.38 | 6,464.38 |
| 4. | Ameriquest Mortgage Company | Secured | 40,762.99 | 7,021.99 |
| 5. | Auto Title Lenders Inc | Priority | 333.93 | 333.93 |
| 6. | Peoples Energy Corp | Unsecured | 3,927.77 | 3,927.77 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,753.49 | 1,753.49 |
| 8. | Asset Acceptance | Unsecured | 197.37 | 197.37 |
| 9. | AmeriCash Loans, LLC | Unsecured | 604.30 | 604.30 |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
|  |  |  | $ 85,150.67 | $ 51,409.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 1,270.80 |
| 5.4% | 1,495.83 |
|  | $ 2,766.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Eberhardt, Martinia | Case Number:  06 B 08703 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/25/08 | Filed:  7/21/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

